

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 19, 2024

**BY CM/ECF**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    <u>**United States v. Christian Rosado Garcia & Luis Paulino**</u>, 24 Cr. 13 (LGS)

Dear Judge Schofield:

    The defendants in the above captioned matter were arraigned in magistrate court on January 17, 2024. As the Court has directed, the parties have conferred and propose the following discovery and motions schedule:

    Substantial Completion of Rule 16 Discovery:  February 7, 2024
    Defendants' Motions Deadline:  June 7, 2024
    Government Response:  June 21, 2024
    Defendants' Reply:  June 28, 2024

    The parties are available for a status conference following the completion of motions briefing anytime the week of July 8, 2024.

    Additionally, the Government respectfully requests that the time between today and any new conference date be excluded pursuant to the provisions of the Speedy Trial Act, <u>18 U.S.C. § 3161(h)(7)(A)</u>. The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will provide the Government with time to produce discovery, the defense with time to review the discovery and give the parties an opportunity to discuss a potential pretrial resolution of the case. Counsel for both defendants consents to this request.

Application Granted in part. Rule 16 discovery shall be completed by **February 7, 2024**. Defendants' motion(s) shall be filed by **May 7, 2024**. The Government's response shall be filed by **May 14, 2024**. Defendants' reply shall be filed by **May 28, 2024**. The parties shall appear for a status conference on **June 18, 2024, at 10:30 a.m**. The Court finds that the ends of justice served by excluding the time between today and June 18, 2024, outweigh the best interests of the public and the Defendants in a speedy trial as provided in 18 U.S.C. § 3161(h)(7)(A) because because it will allow the parties time to produce and review discovery and for the Defendants to evaluate whether to file any pretrial motions and to file any such motions. It is hereby ORDERED that the time between today and June 18, 2024, is excluded. The Clerk of the Court is directed to terminate the letter motion at docket number 23.

Dated: January 22, 2024
New York, New York

*[signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney for the
      Southern District of New York

by: _____/s/_____
      Maggie Lynaugh
      Adam Sowlati
      Assistant United States Attorneys
      (212) 637-2448/2438