

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 10, 2024

**BY CM/ECF**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    **United States v. Christian Rosado Garcia & Luis Paulino**, 24 Cr. 13 (LGS)

Dear Judge Schofield:

      On May 7, 2024, Christian Rosado Garcia, the defendant, filed a motion to suppress and a motion to direct the government to disclose all *Brady* and *Giglio* material in its possession as well as all evidence it plans to introduce under Federal Rule of Evidence 404(b).  The Government's response is due on May 14, 2024.  The Government and counsel for Mr. Garcia are engaged in discussions regarding a potential pre-trial resolution and are hopeful that a resolution can be reached shortly, and therefore jointly ask that the Court adjourn the Government's response deadline to June 4, 2024, and the defendant's reply deadline to June 11, 2024.

Application Granted. The Government's opposition to Defendant Garcia's Motions shall be filed by **June 4, 2024**. Defendant Garcia's reply shall be filed by **June 11, 2024**.  The Clerk of the Court is directed to terminate the letter motion at docket number 34.

Dated: May 13, 2024
New York, New York

                            Respectfully submitted,

                            DAMIAN WILLIAMS
                            United States Attorney for the
                            Southern District of New York

        by:  __/s/_____
             Maggie Lynaugh
             Adam Sowlati
             Chelsea Scism
             Assistant United States Attorneys
             (212) 637-2448/2438/2105

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**