

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 2, 2024

**BY CM/ECF**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    **United States v. Christian Rosado Garcia & Luis Paulino**, 24 Cr. 13 (LGS)

Dear Judge Schofield:

      On May 7, 2024, Christian Rosado Garcia, the defendant, filed a motion to suppress and a motion to direct the government to disclose all *Brady* and *Giglio* material in its possession as well as all evidence it plans to introduce under Federal Rule of Evidence 404(b).  On May 14, 2024, in light of plea discussions and at the request of the Government and counsel for Christian Rosado Garcia, the Court adjourned the Government's response and the defendant's reply deadlines to June 4, 2024, and Jule 11, 2024, respectively.  The parties continue to be engaged in fruitful discussions regarding a potential pre-trial resolution and believe those discussions will come to an end in short order, and therefore jointly ask that the Court adjourn the Government's response deadline to June 14, 2024, and the defendant's reply deadline to June 21, 2024.  The parties do not expect to request any further adjournments.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

by:   \_\_/s/_____
     Maggie Lynaugh
     Adam Sowlati
     Chelsea Scism
     Assistant United States Attorneys
     (212) 637-2448/2438/2105

---

Application Granted in part.  The Government's deadline to respond to Defendant's motion is adjourned *sine die* and will be discussed at the June 18, 2024, conference.  The Clerk of the Court is directed to terminate the letter motion at docket number 36.

Dated: June 3, 2024
New York, New York

*[signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**